[906 NE2d 1057, 879 NYS2d 25]

In the Matter of FRANCIS M. ALESSANDRO.

Decided March 26, 2009

### APPEARANCES OF COUNSEL

*Robert P. Roche* for petitioner.

*Robert H. Tembeckjian* for respondent.

### OPINION OF THE COURT

On the Court's own motion, it is determined that Honorable Francis M. Alessandro is suspended, with pay, effective

immediately, from the office of Judge of the New York City Civil Court, Bronx County, pending disposition of his request for review of a determination by the State Commission on Judicial Conduct.

Concur: Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES. Taking no part: Chief Judge LIPPMAN.